**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MIGUEL MALAGON-ALEJANDREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00310-DAD-BAM-7 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| MIGUEL MALAGON-ALEJANDREZ, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MIGUEL MALAGON-ALEJANDREZ, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Wednesday, January 4, 2017 be continued to Tuesday, January 17, 2017.

I have reached out to Mr. Malalgon's family so that they can provide me with background information as to Mr. Malaogn's history and family life so that I can prepare a sentencing memorandum.  I am requesting a brief continuance in order to obtain said information.  I have spoken to AUSA, Laurel Montoya, and she has no objection to continuing the sentencing hearing.

//

1

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: 12/19/16　　　　　　　　　　　　　*/s/ David A Torres*
　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　MIGUEL MALAGON


DATED: 12/19/16　　　　　　　　　　　　　*/s/Laurel Montoya*
　　　　　　　　　　　　　　　　　　　　LAUREL MONTOYA
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to Miguel Malagon-Alejandrez currently set for January 4, 2017, is continued to January 17, 2017, at 10:00am.

IT IS SO ORDERED.

Dated: **December 19, 2016**　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2